**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| GARY JOSEPH MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil No. 3:22-cv-00142 |
| | )     Judge Trauger |
| CROSSVILLE POLICE DEPARTMENT, | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On October 13, 2022, the Magistrate Judge issued a Report and Recommendation

(Doc No. 28), to which no timely objections have been filed. The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the

reasons expressed therein, it is hereby ORDERED as follows:

1.  The plaintiff's Motion for Leave to Amend Complaint (Doc. No. 25) is DENIED.

2.  The Motion to Dismiss filed by defendant City of Crossville, Tennessee (Doc. No. 16) and Motion to Dismiss filed by defendant Cumberland County, Tennessee (Doc. No. 18) are both GRANTED.

3.  Defendant State of Tennessee is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for lack of service of process.

This action is therefore DISMISSED in its entirety as to all claims and defendants.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil

Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge